# United States Bankruptcy Court
## Eastern District of New York

In re    **Southern Star Mortgage Corp.**

Debtor(s)

Case No.    **07-47023**

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Southern Star Mortgage Corp.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

December 24, 2007

Date

s/ Barton Nachamie

**Barton Nachamie (BN-6732)**

Signature of Attorney or Litigant
Counsel for    **Southern Star Mortgage Corp.**
**Todtman Nachamie Spizz & Johns PC**
**425 Park Avenue**
**5th Floor**
**New York, NY 10022**
**212-754-9400 Fax:212-754-6262**
**bnachamie@tnsj-law.com**