| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | **Hearing Date: March 14, 2011**<br>**Hearing Time: 3:00 p.m.**. |

----------------------------------------------------X

In re: Southern Star Mortgage Corp.,                                   Chapter 7
                                                                                              Case No. 1-07-47023-jbr
                            Debtor.

----------------------------------------------------X

## ORDER GRANTING TRUSTEE'S OBJECTION TO PROOFS OF CLAIM NUMBERED 84, 96, 106, 120, 125, 186 AND 195

Debra Kramer, the Chapter 7 Trustee of the estate of Southern Star Mortgage Corp. (the "Debtor"), by her special counsel, Debra Kramer, PLLC, having filed an Objection, dated February 11, 2011 , seeking entry of an order (i) disallowing and expunging Proof of Claim Number 84 filed by Martin Mieloszyk, Proof of Claim Number 96 filed by Adam Yeganeh, Proof of Claim Number 106 filed by American Express Bank, FSB, Proof of Claim Number 125 filed by Bradley Walcott, and Proof of Claim Number 195 filed Adam Yeganeh; (ii) reclassifying Proof of Claim Number 120 filed by Richard Sudler as an unsecured priority claim in the amount of $10,950.00 and as an unsecured general claim in the amount of $7,550.00; and (iii) reclassifying Proof of Claim Number 186 filed by Nathaniel P. Scheribel as unsecured priority claim in the amount of $10,950.00 and as an unsecured general claim in the amount of $7,806.47; together with such other relief as the Court may deem just and proper (the "Objection"); and good and sufficient notice of the Trustee's Objection having been given; and no opposition to the Trustee's Objection having been filed; and a hearing with respect to the Trustee's Objection (the "Hearing") having been held on March 14, 2011; and upon the record of the Hearing; and good and sufficient cause appearing; it is hereby

**ORDERED**, that the Trustee's Objection be, and it hereby is, granted; and it is further

**ORDERED**, that each of the following proofs of claim be, and they hereby are, disallowed and expunged:

| NAME OF CLAIMANT | PROOF OF CLAIM NUMBER |
|---|---|
| Martin Mieloszyk | 84 |
| Adam Yeganeh | 96 |
| American Express Bank, FSB | 106 |
| Bradley Walcott | 125 |
| Adam Yeganeh | 195 |

; and it is further

**ORDERED**, that Proof of Claim Number 120 filed by Richard Sudler be, and it hereby is, reclassified as an unsecured general claim in the amount of $7,550.00 and as an unsecured priority claim in the amount of $10,950.00; and it is further

**ORDERED**, that Proof of Claim Number 186 filed by Nathaniel P. Scheribel be, and it hereby is, reclassified as an unsecured general claim in the amount of $7,786.47 and as an unsecured priority claim in the amount of $10,950.00; and it is further

**ORDERED**, that the relief granted herein is without prejudice to the rights of the Trustee to seek other and further relief with respect to the surviving proofs of claim including, but not limited to, seeking to expunge, disallow, reclassify or recharacterize such claims; and it is further

**ORDERED**, that the Clerk of the Bankruptcy Court be, and he hereby is,

Case 1-07-47023-nhl    Doc 183    Filed 03/14/11    Entered 03/15/11 09:40:51

authorized and directed to modify the claims register of the Debtor's Chapter 7 case in accordance with this Order.



**Dated: March 14, 2011**
**Brooklyn, New York**

**Joel B. Rosenthal**
**United States Bankruptcy Judge**