| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | **Hearing Date: February 6, 2012**<br>**Hearing Time: 11:00 a.m.** |

-----------------------------------------------------X

In re: Southern Star Mortgage Corp.,   Chapter 7

Case No. 1-07-47023-jbr

                Debtor.

-----------------------------------------------------X

## ORDER GRANTING TRUSTEE'S OBJECTION TO
## <u>PROOF OF CLAIM NUMBER 194</u>

Debra Kramer, the Chapter 7 Trustee of the estate of Southern Star Mortgage Corp. (the "Debtor"), by her special counsel, Debra Kramer, PLLC, having filed an Objection, dated January 7, 2012 (the "Objection"), seeking entry of an Order pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, sections 105 and 502 of title 11 of the United States Code, and Local Bankruptcy Rule 3007-1 disallowing and expunging Proof of Claim Number 194 filed by Andrew Yeganeh; together with such other relief as the Court may deem just and proper; and good and sufficient notice of the Trustee's Objection having been given; and no opposition to the Trustee's Objection having been filed; and a hearing with respect to the Trustee's Objection (the "Hearing") having been held on February 6, 2012; and upon the record of the Hearing; and good and sufficient cause appearing; it is hereby

**ORDERED**, that the Trustee's Objection is granted; and it is further

**ORDERED**, that Proof of Claim Number 194 filed by Andrew Yeganeh is disallowed and expunged; and it is further

**ORDERED**, that the relief granted herein is without prejudice to the rights of the Trustee to seek other and further relief with respect to any surviving proofs of claim

including, but not limited to, seeking to expunge, disallow, reclassify or recharacterize such claims; and it is further

**ORDERED**, that the Clerk of the Bankruptcy Court be, and he hereby is, authorized and directed to modify the claims register of the Debtor's Chapter 7 case in accordance with this Order.



Dated: February 6, 2012
Brooklyn, New York

Joel B. Rosenthal
United States Bankruptcy Judge