**Andrew Yeganeh**
**401 S Detroit St Apt # 403**
**Los Angeles, California 90036**
**(631) 926-5322**



September 24, 2013

United States Bankruptcy Court
Eastern District of N.Y
Conrad B Duberstein U.S. Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201

Re: Case No 07-47023-DEM

To Whom It May Concern,

Please be advised that I, Andrew Yeganeh, have changed my address. My prior address was 221
W Granada Avenue, Lindenhurst NY, 11757. My new address is 401 S Detroit St, Los Angeles CA,
90036. Please make the necessary changes to my information in your systems.

I thank you very much for your time in this matter.

Best Regards,

Andrew Yeganeh

CC: Debra Kramer PLLC (trustee)
98 Cutter Mill Rd – Suite 466 S.
Great Neck, NY 11021