UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 07-47023-nhl |
| Southern Star Mortgage Corp | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |

### ORDER DIRECTING PAYMENT
### OF UNCLAIMED FUNDS

Upon the application of Ryan Burke (the "Claimant"), a claimant in the above

captioned case for an order directing payment of funds held in the registry of the Court,

and certification of the Clerk of the Court dated April 8, 2016, the Court finds that the

Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2042 et. seq.

and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C.

§ 347 for the benefit of and waiting the request of the Claimant to be paid to Claimant.

IT IS THEREFORE ORDERED, pursuant to by 28 U.S.C. § 2042 et. seq.  and 11

U.S.C. § 347, that the funds held in the registry of the court for the benefit of Ryan Burke

in the amount of $1,856.83 shall be paid by the Clerk of the Court to:

Ryan Burke
c/o Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078



**Dated: April 22, 2016**
**Brooklyn, New York**

_Nancy Hershey Lord_
_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**